UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.L., individually<br>and<br>WILLIAM HOUSTON,<br>as next friend of the minor child,<br>T.L., ward of the District of Columbia,<br><br>　　　　Plaintiffs<br><br>　　　v.<br><br>GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   **Civil Action No. 07-0789 (PLF)**<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Plaintiffs, by and through counsel, and hereby voluntarily dismiss the instant case pursuant to Fed. R. Civ. P. 41(a)(1)(i).

DATE: June 11, 2007

Respectfully Submitted,

_____/s/_____
William E. Houston, Esq.
D.C. Bar No. 450223
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)